| Date | Pleading Number | |
|---|---|---|
| 5/14/75 | 1. | MOTION & SUPPORTING MEMORANDUM OF LAW by defendant Conference of Brewery & Soft Drhink Workers of the United States of America and Canada, International Brotherhood of Teamsters, and Locals 391, 984, 745, 388, 983 and 896. attached Schedule of Cases and attorney service list on opposing counsel and clerks of court.<br>REQUESTED TRANSFEREE FORUM: E.D. Texas<br>Motion suggests waiving oral argument and requests immediate action on part of Panel in view of imminence of hearing of pending motions for preliminary injunction. |
| 5/19/75 | | NOTICE -- To counsel and judges involved -- that this litigation will be handled in accordance with 65 F.R.D. 253 (1975) Rule 16. |
| 5/20/75 | | RESPONSE -- Plaintiff Jos. Schlitz Brewing Co. w/cert. of service |
| 6/6/75 | | WITHDRAWAL OF MOTION -- MOVANT -- |
| 6/6/75 | | ORDER --Stating actions are dismissedand transfer is MOOT Notified involved judges, involved counsel |

DOCKET NO. 212 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

*Active*

## Description of Litigation

IN RE JOS. SCHLITZ BREWING COMPANY CONTRACT LITIGATION

## Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) _____

Consolidation Ordered ____    Name of Transferee Judge _____

Consolidation Denied ____    Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Jos. Schlitz Brewing Co. v. Local 318 and Conference of Brewery & Soft Drink Workers of the United States of America & Canada, International Brotherhood of Teamsters | M.D.Fla. Hodges | 75-319-T-H | | | | |
| A-2 | Jos. Schlitz Brewing Co. v. Local 391 and Conference of Brewery & Soft Drink Workers of the United States of America & Canada, International Brotherhood of Teamsters | M.D.N.C. Gordon | C-75-177-WS | | | 5/21/75 | |

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| B-1 | Jos. Schlitz Brewing Company v. National Conference of Brewery And Soft Drink Workers and Teamsters Local 745 | E.D.Tex. | TY-75-133-CA | | | | |
| B-2 | Jos. Schlitz Brewing Company v. National Conference of Brewery And Soft Drink Workers and Local Union No. 984 | W.D.Tenn McRae | C-75-214 | | | | |
| B-3 | Jos. Schlitz Brewing Company v. Teamsters Brewers and Soft Drink Workers Joint Board of California | C.D.Cal. Firth | CV-75-1648-CV | | | | |

**ATTORNEY LIST** -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

## DESCRIPTION OF LITIGATION

MDL-212 -- IN RE JOS. SCHLITZ BREWING COMPANY CONTRACT LITIGATION

| No. | Plaintiff | Defendant |
|---|---|---|
|  | Lee Shaw, Esquire<br>Seyfarth, Shaw, Fairweather & Geraldson<br>111 West Jackson Boulevard<br>Chicago, Illinois 60604 | I. Philip Sipser, Esquire<br>Sipser, Weinstock, Harper & Dorn<br>380 Madison Avenue<br>New York, New York 10017 |